IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

HOWARD ALLEN DAVIS,
    Plaintiff,

vs.                                                CASE NO.: 5:05cv28/SPM/MD

BAY COUNTY JAIL, et al.,
    Defendants.

_____

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this action on February 2, 2005 through the filing of a civil rights complaint. On March 25, 2005 this court entered an order (doc. 10) directing plaintiff to file an amended civil rights complaint within thirty (30) days. Plaintiff did not respond to the order. Accordingly, on May 16, 2005 the court issued an order (doc. 11) directing plaintiff to show cause, within twenty (20) days, why this case should not be dismissed for his failure to comply with an order of the court. Plaintiff has not responded to the show cause order. Indeed no communication has been received from plaintiff since March 14, 2005.

Accordingly, it is respectfully RECOMMENDED:

That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 14th day of June, 2005.

                                        /s/ *Miles Davis*
                                        **MILES DAVIS**
                                        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO PARTIES

**Any objections to these findings and recommendations must be filed within ten days after being served a copy hereof.  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 701 (11th Cir. 1988).**